DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
HARRIS, CHAD CHRISTOPHER

Case No. 05-04162-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $10.43, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| HARRIS, CHAD CHRISTOPHER | 302 N. 3RD STREET<br>SELAH, WA<br>98942 | $10.43 |

Dated: March 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt # 874190    4-8-10    # 10.43*